UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MILLENNIUM TGA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00838-JMS-DML |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

## Order On Motion for Leave to Conduct Discovery

Plaintiff Millennium TGA, Inc. moves (Dkt. 5) the court to conduct discovery in advance of a Rule 26(f) conference through the service of non-party subpoenas on numerous Internet Service Providers ("ISPs") to learn the identities of the persons whose Internet Protocol ("IP") addresses correspond to the dates and times that those IP addresses participated in the alleged copying or distribution of a creative work for which the plaintiff holds the copyright.  Being duly advised, the court GRANTS in PART and DENIES in PART the motion as follows:

1. Plaintiff may serve non-party subpoenas on the ISP providers identified on Exhibit A to its complaint to obtain discovery directed at learning the identities of the persons whose IP addresses are identified on Exhibit A.

2. Information provided to the plaintiff in response to a subpoena may be used solely in connection with this litigation.

3. Absent further order of the court, plaintiff is not granted leave to conduct follow-up, or further, discovery based on or arising out of the information learned in response to subpoenas served on the ISP providers and with respect to the IP addresses specifically identified on Exhibit A.

4. This order does not foreclose any ISP provider on which a subpoena is served to move the court to quash or modify the subpoena under Fed. R. Civ. P. 45.

So ORDERED.

Date: __06/22/2012__

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Matthew Edward Dumas
Hostetter & O'Hara
matt@hostetter-ohara.com