UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MILLENNIUM TGA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00838-JMS-DML |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

Order Regarding *ex parte* Motion

On June 19, 2012, the plaintiff filed an *ex parte* Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. (Dkt. No. 5). Because the motion was filed "*ex parte*," neither the docket entry nor the document itself appear on the public docket. The motion will be maintained as a private document until July 9, 2012 and will be placed on the public docket on that date unless the plaintiff has filed a motion and supporting evidence demonstrating good cause under the applicable precedents for their continued private maintenance. If that motion is timely filed, the *ex parte* motion will remain a private entry pending the court's order on the plaintiff's motion.

Date: 06/29/2012

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.