UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MILLENNIUM TGA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 1:12-cv-00838-JMS-DML |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

## Order to Show Cause

The plaintiff is ordered to show cause, by **November 1, 2012**, why this case should not be dismissed for failure to serve the complaint as required by Fed. R. Civ. Proc. 4(m).

So ORDERED.

Date: 10/12/2012

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.